# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JASON LEVI BAXTER                                                                                           PLAINTIFF
#510034

v.                                            4:21-cv-00928-KGB-JJV

PHILLIP MILLER, Sheriff; and
CLAYTON EDWARDS, Captain,
White County Detention Center                                                                         DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Kristine G. Baker. Any party may serve and file written objections to this recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

## DISPOSITION

**I.      DISCUSSION**

On October 12, 2021, Jason Levi Baxter and two other pretrial detainees at the White County Detention Center attempted to file a joint, *pro se* Complaint alleging Defendants violated their constitutional rights as protected by 42 U.S.C. § 1983. (Doc. 1.) Mr. Baxter is listed on the first page of the Complaint. But, he did not sign it. Pursuant to Court policy, the Clerk severed the Complaint into three separate lawsuits with the above number being assigned to Mr. Baxter's ("Plaintiff's") case.

1

On October 14, 2021, I entered an Order giving Plaintiff thirty days to either: (1) pay the full $402 filing fee; or (2) file a properly completed IFP Application and Calculation Sheet. (Doc. 2.) I provided him with the necessary forms and advised Plaintiff that I would recommend dismissal if he failed to timely comply with my instructions. (*Id*.) Plaintiff has not complied with my Order, and the time to do so has expired. Accordingly, I recommend this case be dismissed without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

## II. CONCLUSION

IT IS, THEREFORE, RECOMMENDED THAT:

1. The Complaint (Doc. 1) be DISMISSED without prejudice due to a lack of prosecution.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 18th day of November 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE