IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JASON LEVI BAXTER**  **PLAINTIFF**

v. Case No. 4:21-cv-00928-KGB

**MILLER, Sheriff, White County**
**Detention Center,** *et al.*  **DEFENDANTS**

**ORDER**

When plaintiff Jason Levi Baxter filed this lawsuit, he was incarcerated at the White County Detention Facility (Dkt. No. 1). The Court informed Mr. Baxter that he had to complete timely an *in forma pauperis* application or pay the $402.00 filing fee (Dkt. No. 2). The Court notified Mr. Baxter that failure to do so within 30 days of the entry of that Order could result in dismissal of this case without prejudice for failure to prosecute (*Id.*). *See* Local Rule 5.5 of the United States District Court for the Eastern and Western Districts of Arkansas. As of the date of this Order, Mr. Baxter has not complied with or otherwise responded to the Court's prior Order.

United States Magistrate Judge Joe J. Volpe submitted Proposed Findings and Recommendations recommending that this Court dismiss without prejudice Mr. Baxter's complaint for failure to comply with the Court's prior Order (Dkt. No. 3). No objections have been filed to the Proposed Findings and Recommendations, and the time for filing objections has passed. The Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings in all respects (*Id.*).

Accordingly, Mr. Baxter's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this 17th day of January, 2023.

*Kristine G. Baker*

                                          Kristine G. Baker  
                                        United States District Judge